United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VESSEL, et al., | Case No. 25-cv-02093-WHO |
| Plaintiffs, | |
| v. | **CONDITIONAL ORDER GRANTING DISMISSAL** |
| WALMART, INC., et al., | Re: Dkt. No. 27 |
| Defendants. | |

On June 23, 2025, the parties to this action informed the Court that the "entire case" had been conditionally settled and that they expected to file a request for dismissal "no later than August 20, 2025." *See* Dkt. No. 27. That deadline has now passed, and the parties have not filed a request for dismissal.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within fifteen (15) days from the date below, that settlement has not occurred, this order shall be vacated, and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: October 15, 2025

William H. Orrick
United States District Judge